# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH SANZARO, et al., ) | |
| ) | Case No. 2:16-cv-02260-RFB-NJK |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BENEFITCONNECT/COBRA, ) | |
| ) | |
| Defendants. ) | |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016). Plaintiffs have failed to file a certificate of interested parties. Accordingly, Plaintiffs must file a certificate of interested parties no later than October 12, 2016.

IT IS SO ORDERED.

DATED: September 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge